AO 91 (Rev. 11/11) Criminal Complaint

DOA: 3/16/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Erick Garcia-Mejia,<br>A #099 833 840<br><br>*Defendant* | Case No. 25-5121MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about January 24, 2025, in Yavapai County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Erick Garcia-Mejia, an alien, was found in the United States at or near Prescott, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about November 28, 2014, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  Digitally signed by CHARLES BAILEY
Date: 2025.03.17 11:34:29 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Vanessa A. Kubota

☒ Continued on the attached sheet.

LUIS E TERAN  Digitally signed by LUIS E TERAN
Date: 2025.03.17 11:55:08 -07'00'

*Complainant's signature*

Luis E. Teran
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: March 17, 2025 @ 1:00pm

*Judge's signature*

Deborah M. Fine
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about January 24, 2025, Erick Garcia-Mejia was arrested by deputies with the Yavapai County Sheriff's Office and booked into the Yavapai County Jail (YCJ), in, Prescott, Arizona, on local charges. ICE agents were alerted to Garcia-Mejia's arrest through a biometric hit and match in the ICE Alien Criminal Response Information Management System. On or about the same date, an immigration detainer was lodged with the YCJ for Garcia-Mejia. On or about March 16, 2025, Garcia-Mejia was released from the YCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Garcia-Mejia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Erick Garcia-Mejia to be a citizen of Mexico and a previously deported alien. Garcia-Mejia was removed from the United States to Mexico, through Brownsville, Texas, on or about November 28, 2014, pursuant to a final order of removal issued by an immigration judge. There is no record of Garcia-Mejia in any Department of Homeland Security database to suggest that he obtained

permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Garcia-Mejia's immigration history was matched to him by electronic fingerprint comparison.

4. On or about March 16, 2025, Erick Garcia-Mejia was advised of his constitutional rights. Garcia-Mejia freely and willingly acknowledged his rights but did not agree to provide a statement under oath. However, on or about January 24, 2025, during his initial encounter with ICE agents, Garcia-Mejia admitted that he illegally entered the United States "a year ago," without inspection by immigration officials.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about January 24, 2025, Erick Garcia-Mejia, an alien, was found in the United States at or near Prescott, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Brownsville, Texas on or about November 28, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

///

and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

**LUIS E TERAN** Digitally signed by LUIS E TERAN
Date: 2025.03.17 11:55:51 -07'00'
_____
Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
March 17, 2025 @ 1:00 p.m.
_____
Deborah M. Fine
United States Magistrate Judge

3